UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER YEH,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>    Defendants. | Case No. 4:24-cv-00797-KAW<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL AND REQUEST FOR PAUSED DEADLINES**<br><br>Re: Dkt. No. 60 |

On September 28, 2024, Plaintiff filed a document titled "Notice of Unavailability & Request for Paused Deadlines," and did so under seal. (Dkt. No. 60.)[1] While not required, notices of unavailability are not uncommon and are not typically subject to sealing under the Civil Local Rules. Thus, Plaintiff's motion to seal (Dkt. No. 60) is DENIED. Even so, the sealed portion of that filing remains under seal.

Next, the Court does not "pause" case deadlines when counsel or unrepresented parties are unavailable, so Plaintiff's request to automatically pause deadlines during her period of unavailability is DENIED. (*See* Redacted Mot., Dkt. No. 60-3 at 1.) Nonetheless, the parties are permitted to stipulate to extend deadlines and continue court appearances as needed, and the Northern District's Guidelines for Professional Conduct explicitly provide that lawyers "should make reasonable efforts to schedule meetings, hearings, and discovery by agreement whenever possible and should consider the scheduling interests of opposing counsel, the parties, witnesses, and the court." (N.D. Guidelines for Pro. Conduct § 3.)

---

[1] Plaintiff incorrectly filed the redacted version as an attachment, rather than as a separate docket entry, which was required since she is seeking relief from the Court in the form of "pausing" deadlines.

1   Having denied the motion to seal (Dkt. No. 60), Plaintiff has two options: 1) she may file a
2 notice of unavailability on the public docket with her dates of unavailability unredacted; or 2) she
3 may decline to do so, since notices of unavailability are not required.
4   IT IS SO ORDERED.
5 Dated: October 3, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge