UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER YEH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>　　　　Defendants. | Case No. 4:24-cv-00797-KAW<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING AND VACATING HEARING**<br><br>Re: Dkt. No. 65 |

Plaintiff Jennifer Yeh's motion for reimbursement of costs related to service of process is set for hearing on February 6, 2025. The Court VACATES the hearing and will resolve the pending motion without oral argument pursuant to Civil Local Rule 7-1(b).

Notwithstanding, Plaintiff is ordered to file a supplemental declaration by **February 13, 2025** addressing only the following:

1. Provide all invoices for process service and identify which individual defendant and service attempt[1] to which they relate and whether service occurred or was attempted at their personal addresses or places of employment.

2. Whether the addresses to which Plaintiff originally sent the waiver packets were to each individual defendants' personal address or place of employment.

Defendants may file a response by February 20, 2025.

IT IS SO ORDERED.

Dated: February 5, 2025

　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] This is only for attempts made by the process service company. It does not include Plaintiff's own attempts at procuring waiver.