AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Jennifer Yeh <br><br> *Plaintiff(s)* <br> v. <br><br> UNITED STATES OF AMERICA, KRISTI NOEM, Secretary of the US Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, (see attached for additional defendants) <br> *Defendant(s)* | Civil Action No. 24-CV-00797 KAW |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kristi Noem
Secretary of Homeland Security
US Department of Homeland Security
c/o Office of the General Counsel
245 Murray Lane, SW, Mail Stop 0485
Washington, DC 20528-0485
(see attached for additional defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jennifer Yeh
2309 Noriega St. #90
San Francisco, CA 94122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/27/2026

*CLERK OF COURT*
*Mark B.Busby*



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-CV-00797 KAW

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

SUMMONS IN A CIVIL ACTION
Continuation Page for 24-CV-00797-KAW

Additional Captioned Defendants:
KAREN EVANS, (Acting) Administrator of the Federal Emergency Management Agency, FEDERAL EMERGENCY MANAGEMENT AGENCY, ROBERT F. KENNEDY JR., Secretary of the US Department of Health and Human Services, and UNKNOWN CONTRACTORS.

To: *(Defendant's name and address) (continued)*
Pamela Bondi
US Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Craig H. Missakian
US Attorney for the Northern District of California
c/o Civil Process Clerk
Federal Courthouse
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Karen Evans
(Acting) FEMA Administrator
Federal Emergency Management Agency
500 C Street, SW
Washington, DC 20472

Robert F. Kennedy Jr.
HHS Secretary
US Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Unknown Contractors
(address unknown, TBD)